**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-01965-RM

JERRY G. CIARCIA,

    Applicant,

v.

TRAVIS TRANNI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**ORDER TO SUPPLEMENT STATE COURT RECORD**

On February 11, 2013, this Court ordered Respondents to file within thirty days with the Clerk of the Court, in electronic format if available, a copy of the complete record of in *People v. Ciarcia*, El Paso County District Court Case No. 04CR5098, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

It has come to the Court's attention that the record submitted on February 20, 2013, is missing all transcripts of the trial in El Paso County District Court Case No. 04CR5098.

Accordingly, it is

ORDERED that within **fifteen (15) days from the date of this order** Respondents shall supplement the current record with all transcripts, in electronic format if available, of the trial in *People v. Ciarcia*, El Paso County District Court Case No. 04CR5098. It is

FURTHER ORDERED that the supplemental record, if provided in electronic format, shall display transcripts of the days of trial by separate dates and not as one continuous document.  It is

FURTHER ORDERED that **within fifteen (15) days from the date of this order** Respondents shall further supplement the current record, in electronic format if available, with any other documents that may be missing from the current record.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    El Paso County Combined Court
                P.O. Box 2980
                Colorado Springs, CO 80901

    (2)    Court Services Manager
                State Court Administrator's Office
                101 W. Colfax, Ste. 500
                Denver, Colorado  80202.

DATED September 3, 2013, at Denver, Colorado.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge