**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-01965-RM

JERRY G. CIARCIA,

    Applicant,

v.

TRAVIS TRANNI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**AMENDED SECOND ORDER TO SUPPLEMENT STATE COURT RECORD**

---

    On September 17, 2013, this Court entered the Second Order to Supplement State Court Record ("Order")(ECF No. 24).  The Court hereby amends the Order as the date the court reporter emailed to chambers the documents titled "Jerry Ciarcia Transcripts Per Court Order should be **September 13, 2013**, throughout the Order.

    DATED September 24, 2013, at Denver, Colorado.

                                                        BY THE COURT:

                                                       RAYMOND P. MOORE
                                                       United States District Judge